# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of December, two thousand twenty-four.

Before:   Myrna Pérez,
      *Circuit Judge.*

_____

Everod Ray Anthony Reid,

   Petitioner,

v.

Merrick B. Garland, United States Attorney General,

   Respondent.
_____

**ORDER**

Docket No. 20-3324

  Respondent moves for a 30-day extension to January 15, 2025 to respond to Petitioner's application for fees under the Equal Access to Justice Act.

  IT IS HEREBY ORDERED that the motion for extension of time is GRANTED.

            For the Court:
            Catherine O'Hagan Wolfe,
            Clerk of Court